Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| SUSAN BACH | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 8:08-bk-13014-ES |
|  | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301071** in the sum of **$223.14** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    COUNTRYWIDE HOME LOANS
    PO BOX 515503
    LOS ANGELES, CA 92653

Date: September 10, 2011    __/S/_____
                                      Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0813014 | SUSAN BACH<br>ACCT: 3182/08-75657<br>Claim: 00001 | XXX-XX-0893 | 223.14 | 0.00 | 223.14 |
| | | TOTALS | 223.14 | 0.00 | 223.14 |

SUSAN BACH

BALANCE:       14,115.19       [0.00 23/00001]
SSN: XXX-XX-0893       SSN:
ACCT: 3182/08-75657           CASE: 0813014
PRINCIPAL:       223.14       INTEREST:       0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

**0301071**

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$223.14

PAY    Two Hundred Twenty Three And 14 / 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301071⑈  ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.